# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Michael R. Burden, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-11-393-RAW-KEW |
| | ) | |
| Mike Mullin, Warden, | ) | |
|     Respondent. | ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **OKLAHOMA** County, Oklahoma, which is located within the territorial jurisdiction of the **WESTERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **WESTERN** District of Oklahoma for all further proceedings.

IT IS SO ORDERED this 23rd day of November 2011.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE